WILLIAM E. THOMSON (SBN 187912)
wthomson@gibsondunn.com
TIAUNIA N. BEDELL (SBN 254323)
tbedell@gibsondunn.com
JESSICA CULPEPPER (SBN 304336)
jculpepper@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

ANDREA E. NEUMAN (SBN 149733)
aneuman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Chevron Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

In re Ex Parte Application of

SAM RAINSY and FILING VICTIMS before the International Criminal Court,

Applicants,

v.

For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from

CHEVRON CORPORATION

For use in Foreign Proceedings.

CASE NO. 4:16–mc–80258–DMR

**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE DEADLINE FOR CHEVRON CORPORATION'S APPEAL OF OR MOTION TO QUASH SAM RAINSY'S AND THE FILING VICTIMS' APPLICATION FOR ORDERS UNDER 28 U.S.C. § 1782** AS MODIFIED

Magistrate Judge Donna M. Ryu
Courtroom: 4

Applicants Sam Rainsy and the Filing Victims (collectively, the "Applicants") and Chevron Corporation, by and through their attorneys, hereby stipulate (the "Stipulation") as follows:

**RECITALS**

WHEREAS, Applicants filed their *ex parte* application for an order pursuant to 28 U.S.C. § 1782 granting leave to obtain discovery from Chevron Corporation on December 13, 2016;

WHEREAS, the Honorable Donna M. Ryu granted the *ex parte* application on February 9, 2017 (the "Order");

WHEREAS, the Applicants served Chevron Corporation with the Order on February 24, 2017;

WHEREAS, the current deadline for Chevron Corporation to appeal the Order is March 13, 2017;

WHEREAS, the Applicants served Chevron Corporation with the subpoena on February 14, 2017;

WHEREAS, the current deadline for Chevron Corporation to object to and/or move to quash the subpoena is March 16, 2017;

WHEREAS, Applicants and Chevron Corporation (collectively, the "Parties") have engaged in negotiations to resolve this matter and those negotiations are ongoing; and

WHEREAS, the Parties believe that further discussions and negotiations may succeed in resolving the matter and may avoid the need for intervention by the Court.

NOW THEREFORE, the Parties are engaged in discussions and have agreed upon the following extensions of time for Chevron Corporation to appeal from the Court's Order and/or object to or file a Motion to Quash the subpoena.

IT IS HEREBY STIPULATED AND AGREED by the Parties as follows:

1. The deadline for Chevron Corporation to appeal from the Court's Order granting the *ex parte* application shall be extended to March 31, 2017.

///

///

///

2. The deadline for Chevron Corporation to serve objections to and/or file a Motion to Quash the subpoena shall be extended to March 31, 2017.

3. To the extent any of the foregoing motions are filed, Petitioners will have fourteen (14) additional days to respond.; however, if Chevron Corporation files a motion for relief from the court's order pursuant to Civ. L.R. 72-2, any response by Petitioners shall be governed by the provisions of that rule.

IT IS SO STIPULATED.

DATED: March 10, 2017

GIBSON, DUNN & CRUTCHER LLP

By: ______________________________
William E. Thomson
*Attorneys for Chevron Corporation*
*Email: WThomson@gibsondunn.com*

DATED: March 10, 2017

BRAUNHAGEY & BORDEN LLP

By: ______________________________
Eva Schueller
*Attorneys for Applicants*
*Email: Schueller@braunhagey.com*

IT IS SO ORDERED.

DATED: March 13, 2017




______________________________
Donna M. Ryu
United Stated Magistrate Judge