WILLIAM E. THOMSON (SBN 187912)
wthomson@gibsondunn.com
TIAUNIA N. BEDELL (SBN 254323)
tbedell@gibsondunn.com
JESSICA CULPEPPER (SBN 304336)
jculpepper@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

ANDREA E. NEUMAN (SBN 149733)
aneuman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Chevron Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

In re Ex Parte Application of

SAM RAINSY and FILING VICTIMS before the International Criminal Court,

Applicants,

v.

For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from

CHEVRON CORPORATION

For use in Foreign Proceedings.

CASE NO. 4:16–mc–80258–DMR

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CHEVRON CORPORATION'S MOTION TO QUASH AND MOTION TO VACATE ORDER GRANTING THE INTERNATIONAL CRIMINAL COURT FILING VICTIMS' AND SAM RAINSY'S APPLICATION FOR DISCOVERY UNDER 28 U.S.C. § 1782**

Hearing
Date: May 25, 2017
Time: 11:00 a.m.
Courtroom: 4

Magistrate Judge Donna M. Ryu

Respondent Chevron Corporation ("Chevron") respectfully request that this Court take judicial notice of the following under Rule 201 of the Federal Rules of Evidence.

**I. DOCUMENTS OF WHICH JUDICIAL NOTICE IS REQUESTED**

**Exhibit 1:** On March 3, 2017, The Cambodia Daily published an article titled "Kem Ley Murder Video Raises More Suspicions, by George Wright" and reported: "The Phnom Penh Municipal Court screened grainy footage of a man, allegedly Mr. Ang, walking into the mart, pulling out a gun and shooting a man, reportedly Kem Ley. This was followed by numerous, far clearer, shots of the suspected gunman's escape and arrest."

**Exhibit 2:** On March 2, 2017, The Khmer Times published an article titled "Ang: Why I killed Kem Ley, by May Titthara" and reported:

- "Mr. Ang told the judges and his lawyer at the court in Phnom Penh he was an orphan named Choub Samlab and had no relatives, wife or children. Choub Samlab translates as 'meet to kill.' He said he murdered the activist because Mr. Ley took $3,000 from him, promised to build a home worth $20,000 and give him job. Mr. Ley didn't follow through on his promise."
- "After questioning the accused, presiding judge Leang Samnat ordered technicians to play three video clips. The first clip of the Star Mart was unclear and short. It showed the suspect walking inside, coming back to pull the gun from a bag in front of his waist and shooting the victim. Another short clip shows the suspect running and the gun dropping on the road. Police arrest the suspect at a motorcycle with three people attacking him."

**Exhibit 3:** On March 2, 2017, The Phnom Penh Post published an article titled "Kem Ley trial: 'Meet to kill' sticks with debt story in only hearing into analyst's death", by Niem Chheng and Shaun Turton and reported: "During the proceedings, the suspect, charged with premeditated murder and illegal gun possession, identified himself as the shooter captured in CCTV footage of the murder, which was shown to the court and later released by pro-government outlet Fresh News."

**Exhibit 4:** On March 1, 2017, BBC News published an article titled "Cambodia activist Kem Ley's murder trial begins" and reported: "The accused killer, former soldier Oeuth Ang, has claimed that he was not acting under anyone's order, and that he killed Kem Ley for cheating him out of a sum of money."

**Exhibit 5:** On March 23, 2017, BBC News published an article titled "Killer of Cambodian activist Kem Ley sentenced to life" and reported:

- “A Cambodian court has sentenced a man to life in prison, for the murder of a prominent activist and government critic.”
- “Oueth Ang, a former soldier, was found guilty of murder and illegal possession of a firearm.”

**Exhibit 6:** On March 21, 2017, VOA Khmer published an article titled “Court Presses Ahead With Defamation Case Against Former Opposition Leader” by Kann Vicheika and reported: “Rainsy’s lawyers had requested a postponement of the proceedings until a case filed in the United States by Rainsy - in which he is attempting to force U.S. oil giant Chevron, which owned the gas station where Ley was killed, to release the security camera footage of the incident - had concluded. Judge Y Thavrak announced following the two-hour hearing that a verdict would be announced on March 30.”

**Exhibit 7:** On March 17, 2017, Cambodia Daily published an article titled “After Trial, Rainsy Accuses Government of Kem Ley Killing” and reported: “A lawyer for Sam Rainsy on Friday challenged charges that the exiled former opposition leader had accused Prime Minister Hun Sen of ordering the murder of political analyst Kem Ley, claiming during his one-day trial on an incitement charge that is was unclear that he was referring to the premier. . . . The verdict is due on March 30.”

**Exhibit 8:** On March 30, 2017, The Phnom Penh Post published an article titled “Sam Rainsy handed jail time in defamation case against PM” and reported: “‘Sam Rainsy is convicted to 20 months and fined 10 million riel for defamation in public and incitement to cause social disorder,’ said court spokesman Ly Sophanna, after the ruling.”

## II. THE COURT MAY CONSIDER THESE DOCUMENTS AND TAKE JUDICIAL NOTICE OF THEM

Respondent respectfully requests that the Court take judicial notice of the existence and public availability of the newspaper articles attached as Exhibits 1 through 8. Respondents intent in citing these exhibits in their Motion to Quash is to show that the publicly available details of the trial of Dr. Kem Ley’s murderer, the video confiscated from the Caltex and the recent resolution of Sam Rainsy’s defamation trial.

It is well established that courts may take judicial notice of the publication and public availability of newspaper articles "for the purpose of determining when information was disclosed" publicly. (*In re Turnstone Sys. Sec. Litig.*, No. C 01-1256 SBA, 2003 U.S. Dist. LEXIS 26709, at *109-10 (N.D. Cal. Feb. 4, 2003) (taking judicial notice of news articles and press releases for the purpose of determining when the information contained therein was disclosed to the market); *Heliotrope Gen., Inc. v. Ford Motor Co.*, 189 F.3d 971, 981 n.18 (9th Cir. 1999) (taking judicial notice that the market was aware of the information contained in news articles submitted by the defendants); *see also Ritter v. Hughes Aircraft Co.*, 58 F.3d 454, 458-59 (9th Cir. 1995) (taking judicial notice of information in newspaper articles); *Dockray v. Phelps Dodge Corp.*, 801 F.2d 1149, 1152 n.3 (9th Cir. 1986) (taking judicial notice of newspaper articles).)

The articles included as Exhibits 1 through 8 confirm that the disclosure of the video confiscated from the Caltex station, the trial of Dr. Kem Ley's murderer and the conviction of Sam Rainsy for defamation were publicized. Defendants are not asking the Court to notice the truth of what is reported in the articles, but rather the existence of the articles, which served to widely publicize key details underlying the Application.

DATED: March 31, 2017

GIBSON, DUNN & CRUTCHER LLP

By: ______________________________
William E. Thomson

*Attorneys for Chevron Corporation*

*Email: WThomson@gibsondunn.com*