J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Eva Schueller, Esq. (SBN: 237886)
schueller@braunhagey.com
BRAUNHAGEY & BORDEN LLP
220 Sansome Street, Second Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

COUNSEL FOR APPLICANTS SAM RAINSY and ICC FILING VICTIMS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re* Ex Parte Application of<br><br>SAM RAINSY and FILING VICTIMS before the International Criminal Court,<br><br>Applicants,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from<br><br>CHEVRON CORPORATION,<br><br>For use in Foreign Proceedings. | Case No. 4:16-mc-80258-DMR<br><br>**DECLARATION OF RICHARD ROGERS IN SUPPORT OF APPLICANTS' SUPPLEMENTAL BRIEFING** |

I, Richard Rogers, declare as follows:

1. I am a British lawyer representing the interests of Cambodian victims before the International Criminal Court ("ICC") in The Hague, Netherlands. I have over twenty years of experience working on complex criminal cases, as well as on trial monitoring and rule of law programs in unstable (often post-conflict) regions around the world, including in former Yugoslavia, East Africa, Myanmar, and Cambodia. I make this declaration based on my personal knowledge. If called as a witness, I could, and would, testify competently to the facts stated herein.

2. I lived and worked in Cambodia for five years, between 2005 and 2010. During this period, I worked: (1) as a legal consultant for East West Management Institute (a USAID funded organization promoting rule of law in less developed countries) helping to establish a trial monitoring program within a local civil society organization. The program monitored the national criminal justice system for compliance with applicable standards of due process and fair trial; (2) as the head of the Defence Support Section at the UN-backed Extraordinary Chambers in the Courts of Cambodia during which I worked closely with, and provided legal training to, over 100 Cambodian lawyers.

3. Cambodia's government systems, including its courts, are still recovering from the legacy of the Khmer Rouge period in the 1970s, during which the vast majority of the educated population died or fled. Today, Cambodian courts are severely lacking in independence and often fail to maintain records or issue reasoned decisions. Many (or most) criminal trials breach international human rights standards and fail to comply with Cambodian procedural law.

4. As I noted in support of the initial application, the Cambodian authorities (including the police and prosecutorial authorities) also have a history of manipulating evidence during investigations into political assassinations. There remains every reason to believe that the authorities are intent on hiding the truth about the killing of Dr. Kem Ley. Further, all related witnesses, family, and professionals such as legal consultants and lawyers, have reason to fear for their own physical safety or, at very least, their careers or civil rights.

5. Attached here as **Exhibit A** is a true and correct copy of a recent report from Amnesty International detailing the difficulties faced by political opponents and government critics

in Cambodia's courts.

6. Although Mr. Sam faces challenges, particularly in obtaining relevant evidence, through Cambodia's court system, he will still be given the opportunity to provide relevant evidence that Chevron provides, and must do so to make a record and uncover the truth.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 29, 2017

By: Richard J Rogers