August 25, 2017

**VIA ECF**
The Honorable Donna M. Ryu
United States District Court
Northern District of California
Oakland Courthouse
Courtroom 4 - 3rd Floor
1301 Clay Street, Oakland, CA 94612

> **Re:    *Sam Rainsy, et al. v. Chevron Corporation*, Case No. 4:16–mc–80258–DMR**

Dear Judge Ryu:

In reference to the Court's August 4, 2017 Order (Dkt. No. 42), the parties seek a brief extension of six days to meet and confer regarding the appropriate form of a [Proposed] Production and Protective Order governing Chevron's production of documents. *See* August 4th Order at ¶ 7 ("Within 26 days of entry of this stipulation, the parties will submit to this Court a [Proposed] Production and Protective Order in substantially the same form as Model Protective Order for cases in this District."). Enclosed is a joint stipulation and [proposed] order regarding this request.

We are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,


Dated: August 25, 2017               GIBSON, DUNN & CRUTCHER LLP

                                     By:      */s/ William E. Thomson*
                                     William E. Thomson
                                     *Attorneys for Chevron Corporation*


Pursuant to Local Civil Rule 5-1(i)(3), the above-listed filing attorney certifies that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.


Dated: August 25, 2017               BRAUNHAGEY & BORDEN LLP

                                     By:      */s/ Jonas Noah Hagey*
                                     Jonas Noah Hagey
                                     *Attorneys for Applicants*