# BRAUNHAGEY & BORDEN LLP

San Francisco & New York

**J. Noah Hagey, Esq.**
hagey@braunhagey.com

September 21, 2017

**VIA ECF AND CHAMBERS COPY**

Honorable Donna M. Ryu
U.S. District Court for the Northern District of California
Oakland Courthouse, Courtroom 4
1301 Clay Street
Oakland, CA 94612, USA

  Re: Supplemental Information re. Status of Cambodian Proceedings, *In re: Sam Rainsy*, Case No. 4:16-mc-80258-DMR (N.D. Cal.)

Your Honor:

  We represent Applicants Sam Rainy and the ICC Filing Victims in the above-captioned matter. Reference is made to the Court's August 4, 2017 Order (Dkt. No. 42) and the parties' ensuing September 1, 2017 Joint Letter (Dkt. No. 47) as to the appropriate form of protective order governing Respondent Chevron Corporation's production of documents.

  One issue raised in the joint letter concerns Chevron's re-argument as to whether this proceeding is somehow "moot" based on the Cambodian court's rejection of Applicant Sam Rainsy's intermediate appeal. We write to advise the Court that, as previously represented, Applicants have filed a further appeal. Appended hereto is Mr. Sam's declaration and appellate filings in both Cambodian Unicode and English translation, together with an explanation of the status of those proceedings.

  Chevron's counsel has not provided any response as to whether this information affects the company's mootness argument. For avoidance of doubt, Applicants' position remains that Chevron's jurisdictional arguments were waived when it entered the stipulation to produce documents in both the Cambodian and ICC actions. Our clients reserve right to seek reimbursement of fees and costs incurred enforcing the parties' settlement and relitigating these issues.

            Respectfully submitted,

            J. Noah Hagey

Encl.

| San Francisco | New York |
|---|---|
| 220 Sansome Street, 2nd Floor | 80 Broad Street, Suite 1302 |
| San Francisco, CA 94104 | New York, NY 10004 |
| Tel. & Fax: (415) 599-0210 | Tel. & Fax: (646) 829-9403 |