# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Andrea E. Neuman
Direct: +1 212.351.3883
Fax: +1 212.351.5303
ANeuman@gibsondunn.com

Client: 19624-00022

September 22, 2017

Magistrate Judge Donna M. Ryu
U.S. District Court, Northern District of California
Oakland Division
Oakland Courthouse, Courtroom 4
1301 Clay Street
Oakland, Ca 94612

Re: *Rainsy et al. v. Chevron*, Case No. 4:16-mc-80258-DMR

Dear Judge Ryu:

In response to the Court's request, the attached table describes the documents submitted by the parties in connection with the upcoming hearing in September 28, 2017.

In submitting the Joint Letter on September 1, 2017 (Dkt. 47), Chevron Corporation attached two of its own exhibits to the letter (Ex. A (Dkt. 47-1); Ex. B (Dkt. 47-2)), and well as two exhibits on behalf of Sam Rainsy (Ex. 1a (Dkt. 47-3); Ex. 1b (Dkt. 47-4)). Chevron Corporation also submitted the declaration of William E. Thomson (Dkt. 49), and re-attached its own exhibits to the declaration (Ex. A (Dkt. 49-1); Ex. B (49-2)), which are identical to exhibits A (Dkt. 47-1) and B (Dkt. 47-2) attached to the joint letter. Docket number 48 and its exhibits should be disregarded as an incorrectly filing, as noted in the docket.

Unfortunately, we were unable to reach Applicants' counsel either via email and phone prior to the Clerks' deadline for a response. We hope that this explanation and the following table below clears up any confusion.

Dated: September 22, 2017           GIBSON DUNN & CRUTCHER, LLP

By:     */s/ Andrea Neuman*     .
        Andrea Neuman

Attorneys for Chevron Corporation

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

| Docket Number | Exhibit | Description | Duplicate? |
|---|---|---|---|
| 47 | | Joint Letter filed by Chevron Corp. and Sam Rainsy. | |
| 47-1 | A | Chevron Corporation's [PROPOSED] Production and Protective Order submitted per paragraph 7 of the Court's August 4th order. | |
| 47-2 | B | A redline comparison of Chevron Corporation's [PROPOSED] Production and Protective Order to the Model Stipulated Protective Order. | |
| 47-3 | 1a | Sam Rainsy's proposed Protective Order redlined against the District's MPO. | |
| 47-4 | 1b | Sam Rainsy's proposed Protective Order redlined against Chevron's proposal. | |
| 48 | | **Incorrectly** filed declaration of William E. Thomson – missing signature. | |
| 48-1 and 48-2 | A, B | Exhibits filed with **incorrectly** filed declaration of William E. Thomson – missing signature. | Yes. Duplicate of 47-1 and 47-2. |
| 49 | | **Correctly** filed declaration of William E. Thomson – correction email sent to DMRpdf@cand.uscourts.gov. | |
| 49-1 | A | Exhibit filed with **correctly** filed declaration of William E. Thomson – Chevron Corporation's [PROPOSED] Production and Protective Order submitted per paragraph 7 of the Court's August 4th order. | Yes. Duplicate of 47-1. |
| 49-2 | B | Exhibit filed with **correctly** filed declaration of William E. Thomson – A redline comparison of Chevron Corporation's [PROPOSED] Production and Protective Order to the Model Stipulated Protective Order | Yes. Duplicate of 47-2. |