UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CIVIL LAW AND MOTION MINUTE ORDER

| Date: 9/28/2017 | Time: 11:59-12:40 | Judge: DONNA M. RYU |
|---|---|---|
| Case No.: 4:16-mc-80258-DMR | Case Name: In Re: Sam Rainsy and Filing Victims before the International Criminal Court | |

**Applicants Sam Rainsy and Filing Victims before the International Criminal Court:**
J. Noah Hagey

**For Respondent Chevron Corporation:**
Andrea Neuman
William Thomson

**Deputy Clerk:** Ivy Lerma Garcia          **Court Reporter:** Diane Skillman

## PROCEEDINGS

1. Joint Discovery Letter Brief [Docket No. 47] - HEARING HELD.

   The court ordered the following regarding the parties' production and protective order:

   Section 1- the parties' production and protective order shall include Chevron's proposed footnote 1, edited in a manner consistent with the court's discussion at the hearing.

   Section 4- the date of final disposition of the underlying ICC litigation shall be "a failure by the ICC to act on [the 2014 and/or the 2016 Communications] within 4 years of the date of [the production and protective order]."

   Sections 6.3, 7.2, and 8, Applicants' request to include a provision regarding foreign courts' ability to set aside the production and protective order- Chevron confirmed that the only sensitive information in its document production is personal information about its subsidiary's employees in Cambodia. The parties shall meet and confer regarding implementing a procedure by which Chevron will have notice and an opportunity to object or challenge the disclosure of such information by another court.

   By no later than 10/3/2017, the parties shall file letter briefs that do not exceed two pages, single spaced, addressing whether the court should restrict Chevron's production for use only in the ICC proceedings and Sam litigation and any directly related matter, including addressing *In re Accent Delight Int'l Ltd.*, 869 F.3d 121 (2d Cir. 2017). The court will set a further hearing upon completion of the briefing on this matter if necessary. Chevron agreed to produce non-privileged responsive documents and a privilege log to Applicants

within the next two weeks on a US-attorneys' eyes only basis, subject to the court's decision on the remaining dispute regarding a use restriction.

**Order to be prepared by:**
( )	Plaintiff	( )	Defendant	( )	Court

cc: Chambers