J. Noah Hagey, Esq. (SBN: 262331)
   hagey@braunhagey.com
Lauren Zweier (SBN: 291361)
   zweier@braunhagey.com
BRAUNHAGEY & BORDEN LLP
220 Sansome Street, Second Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

COUNSEL FOR APPLICANTS SAM RAINSY
and ICC FILING VICTIMS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Ex Parte Application of<br><br>SAM RAINSY and FILING VICTIMS before the International Criminal Court,<br><br>    Applicants,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from<br><br>CHEVRON CORPORATION,<br><br>For use in Foreign Proceedings. | Case No. 4:16-mc-80258-DMR<br><br>**NOTICE OF APPEARANCE AS ATTORNEY OF RECORD FOR APPLICANTS SAM RAINSY AND ICC FILING VICTIMS** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Lauren Zweier of the law firm of BraunHagey & Borden LLP hereby enters her appearance as counsel of record in this matter for Applicants Sam Rainsy and ICC Filing Victims. All pleadings, notices, and other papers in this matter should be served upon:

> Lauren Zweier (SBN: 291361)
> zweier@braunhagey.com
> BRAUNHAGEY & BORDEN LLP
> 220 Sansome Street, Second Floor
> San Francisco, CA 94104
> Telephone: (415) 599-0210
> Facsimile: (415) 276-1808

Dated: October 13, 2017	**BRAUNHAGEY & BORDEN LLP**

By: /s/ Lauren Zweier
Lauren Zweier
J. Noah Hagey, Esq
220 Sansome Street, Second Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808
zweier@braunhagey.com
hagey@braunhagey.com

COUNSEL FOR APPLICANTS SAM RAINSY and ICC FILING VICTIMS